## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kempler, Jay
Kempler, Anna M
Printed: 01/22/09

Case Number:  07 B 03751
Judge:  Hollis, Pamela S
Filed:  3/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  July 3, 2008
Confirmed:  June 20, 2007

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,600.00 |  |
| Secured: |  | 2,538.77 |
| Unsecured: |  | 1,350.97 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 326.00 |
| Other Funds: |  | 884.26 |
| Totals: | 6,600.00 | 6,600.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James A Young | Administrative | 1,500.00 | 1,500.00 |
| 2. | Honda Finance Services | Secured | 2,538.77 | 2,538.77 |
| 3. | Armor Systems Co | Unsecured | 236.04 | 236.04 |
| 4. | Alliance One | Unsecured | 60.00 | 60.00 |
| 5. | Ariano,Anderson,Bazos,Hardy & Castillo | Unsecured | 1,019.00 | 0.00 |
| 6. | Ariano,Anderson,Bazos,Hardy & Castillo | Unsecured | 1,054.93 | 1,054.93 |
| 7. | Bank Of America | Unsecured |  | No Claim Filed |
| 8. | CB USA Sears | Unsecured |  | No Claim Filed |
| 9. | CitiFinancial Auto Credit Inc | Unsecured |  | No Claim Filed |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
| 11. | Financial Recovery | Unsecured |  | No Claim Filed |
| 12. | New Century Mortgage | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,408.74 | $ 5,389.74 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 223.44 |
| 6.5% | 102.56 |
|  | $ 326.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kempler, Jay

Kempler, Anna M

Printed: 01/22/09

Case Number:  07 B 03751

Judge:  Hollis, Pamela S

Filed:  3/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

